

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BASIL DANIEL,<br><br>　　　　　Defendant. | 2:10-CR-365-JCM (PAL) |

PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 9, 2010, defendant BASIL DANIEL pled guilty to Count One and Two of a Two-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute Cocaine in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II) and 846, and in Count Two with Conspiracy to Possess a Controlled Substance with the Intent to Distribute - Methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846.

This Court finds defendant BASIL DANIEL agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant BASIL DANIEL pled guilty.

. . .

. . .

1  The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1),(2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c):

a. $171,600 in United States Currency;

b. a 2008 Black Chevy Suburban bearing Nevada Licence Plate: YODADY and Vehicle Identification Number: 1GNFC16008R143172;

c. a Glock Model 23, .40 caliber semi-auto handgun bearing Serial Number: KFF109;

d. a Sig Saur Model P229, .40 caliber semi-auto handgun bearing Serial Number: AG23046; and

e. any and all ammunition

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of BASIL DANIEL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
4  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
5  following address at the time of filing:

> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
12  following publication of notice of seizure and intent to administratively forfeit the above-described
13  property.

14  DATED this 8th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE