FILED ✓
ENTERED _____ SERVED ON
_____ COUNSEL/PARTIES OF RECORD

DEC 10 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-365-JCM (PAL) |
| BASIL DANIEL, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On September 9, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BASIL DANIEL to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BASIL DANIEL pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 14, 2010 through October 13, 2010, notifying all known third parties of their right to petition the Court.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); Title 21, United States
9  Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); Title 18, United States
10  Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and
11  Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

12      a.    $171,600 in United States Currency;

13      b.    a 2008 Black Chevy Suburban bearing Nevada Licence Plate: YODADY and
14          Vehicle Identification Number: 1GNFC16008R143172;

15      c.    a Glock Model 23, .40 caliber semi-auto handgun bearing Serial Number:
16          KFF109;

17      d.    a Sig Saur Model P229, .40 caliber semi-auto handgun bearing Serial Number:
18          AG23046; and

19      e.    any and all ammunition.

20  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
21  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
22  any income derived as a result of the United States of America's management of any property forfeited
23  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

24  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
25  certified copies to the United States Attorney's Office.

26  DATED this _10th_ day of _Dec._, 2010.

_____
UNITED STATES DISTRICT JUDGE