UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-365 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| BASIL DANIEL, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Daniel et al*, case number 2:10-cr-00365-JCM-PAL. On July 7, 2017, defendant Basil Daniel filed a motion for early termination of supervised release. (ECF No. 224).

Briefing shall proceed as follows: the government has twenty-one (21) days from the date of this order to file a response. Thereafter, defendant has fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for early termination of supervised release (ECF No. 224) later than twenty-one (21) days from the date of this order. Defendant shall file a reply within fourteen (14) days thereafter.

DATED August 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**